UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **24-1608**

Caption [use short title]

Motion for: **Plaintiff's Motion for Panel Rehearing and/or Rehearing *En Banc***

Set forth below precise, complete statement of relief sought:

Appellant respectfully seeks panel rehearing or, alternatively, rehearing en banc, to reconsider the dismissal of his appeal and provide a reasoned decision addressing the merits of the case.

## Abadi v. Adams et al

MOVING PARTY: **Aaron Abadi**   OPPOSING PARTY: **Adams et al**

[✔] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: **Aaron Abadi, (pro se)**   OPPOSING ATTORNEY: **See attached**

[name of attorney, with firm, address, phone number and e-mail]

82 Nassau St Apt 140

New York, NY 10038

516-639-4100   abadi.rne@gmail.com

Court- Judge/ Agency appealed from: **SDNY - The Honorable Chief Judge LAURA TAYLOR SWAIN**

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes   [✔] No (explain): **LR 27.1 b states that this requirement is for attorneys**

Opposing counsel's position on motion:
[ ] Unopposed   [ ] Opposed   [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [ ] No   [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   [ ] Yes  [ ] No
Has this relief been previously sought in this court?   [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [✔] No  If yes, enter date:_____

**Signature of Moving Attorney:**

s/ Aaron Abadi   Date: November 25, 2024   Service by: [✔] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

Attached to Form 1080     Abadi v Adams

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Defendant - Appellee | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |
| CENTER FOR DISEASE CONTROL AND PREVENTION<br>    Defendant - Appellee | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |
| ROCHELLE PAULA WALENSKY, in her personal capacity<br>    Defendant - Appellee | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |
| NATIONAL INSTITUTES OF HEALTH<br>    Defendant - Appellee | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |
| ANTHONY STEPHEN FAUCI, in his personal capacity<br>    Defendant - Appellee | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |
| WORLD HEALTH ORGANIZATION<br>    Defendant - Appellee | World Health Organization<br>[Pro Se] |

| | |
|---|---|
| PFIZER INC.<br>   Defendant - Appellee | Andrew J. Hoffman, II, -<br>Direct: 310-595-3010<br>[Retained]<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Towe<br>Los Angeles, CA 90071<br><br>andrew.hoffman@us.dlapiper.com |
| MODERNA, INC.<br>   Defendant - Appellee | Moderna, Inc.<br>[Pro Se] |
| ECO HEALTH ALLIANCE<br>   Defendant - Appellee | Eco Health Alliance<br>[Pro Se] |
| X CORP., formerly known as Twitter, Inc.<br>   Defendant - Appellee | X Corp.<br>[Pro Se] |
| ALPHABET INC.<br>   Defendant - Appellee | Alphabet Inc.<br>[Pro Se] |
| META PLATFORMS, INC.<br>   Defendant - Appellee | Jennifer Newstead<br>Direct: 650-308-7011<br>[Retained]<br>Metaverse Law<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA 92660 |

# UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

| | |
|---|---|
| **AARON ABADI,**<br><br>　　　　Plaintiff/Appellant,<br><br>v.<br><br>**ERIC ADAMS, in his personal capacity, et al.,**<br><br>　　　　Defendants/Appellees. | **CASE NO. 24-1608** |

## APPELLANT'S MOTION FOR PANEL REHEARING AND REHEARING EN BANC

On Appeal from:

District Court Case No. 1:24-cv-01897-LTS

In the UNITED STATES DISTRICT COURT

of the SOUTHERN DISTRICT OF NEW YORK

The Honorable LAURA TAYLOR SWAIN

Chief United States District Judge

Respectfully Submitted by:

AARON ABADI, Appellant
82 Nassau Street Apt 140
New York, NY 10038
Tel 516-639-4100
Email: abadi.rne@gmail.com

## INTRODUCTION

Plaintiff-Appellant Aaron Abadi, appearing pro se, respectfully petitions this Court for panel rehearing and rehearing en banc. The Court's summary dismissal of the appeal, without explanation or engagement with the merits of the claims, fails to meet the standard of equal justice guaranteed to all litigants, regardless of financial status or representation.

As an indigent pro se litigant, I am entitled to have my case reviewed with the same diligence and fairness afforded to all parties. The Court's one-sentence dismissal ignored the issues raised in my appellate brief and deprived me of the opportunity to understand and address the purported deficiencies in my case.

## POINTS FOR RECONSIDERATION

**1. Failure to Address Appellant's Arguments**

The dismissal of my appeal summarily stated that it "lacks an arguable basis either in law or in fact" without addressing the detailed legal and factual claims in my brief (DktEntry: 33.1). My claims, rooted in financial, emotional,

2

and constitutional harms caused by unlawful vaccine mandates, were supported by extensive evidence. I articulated concrete injuries—including the loss of employment opportunities, significant business losses, and health impacts—that were particularized and directly traceable to the Defendants' actions. The failure to engage with these arguments denies me the opportunity for equal justice.

### 2. Unequal Treatment of Pro Se Litigants

As a pro se litigant, I presented my case to the best of my ability, with detailed arguments and legal citations. I recognize the challenges courts face with managing caseloads; however, dismissing a case without providing any explanation for its alleged deficiencies effectively penalizes me for my lack of resources. The Court's oath to provide equal justice obligates it to ensure that litigants, especially the indigent, are given the opportunity to be heard.

### 3. Request for Review of Appellate Brief

My appellate brief raised critical questions regarding the legality of vaccine mandates under federal and constitutional law. Key arguments included:

- The lack of standing was improperly applied, as my inability to apply for employment due to vaccine mandates constitutes a concrete injury under established precedents.

- The mandates violated my constitutional rights, including bodily integrity and informed consent.

- Defendants failed to justify the mandates with proper scientific or legal grounds, particularly regarding individuals with natural immunity.

## RELIEF REQUESTED

I respectfully request the following relief:

**1. Rehearing by the Panel:** The panel should reconsider its dismissal in light of the detailed legal and factual claims raised in my appellate brief.

**2. Rehearing En Banc:** If the panel does not grant rehearing, I request that the full Court review the case *en banc* to ensure fairness and consistency in the treatment of pro se litigants and to address the significant legal questions raised.

## **CONCLUSION**

For the reasons stated above, Plaintiff-Appellant respectfully requests that this Court grant rehearing and/or rehearing en banc. As a pro se litigant seeking justice, I ask for the Court to provide the equal treatment and opportunity that its oath demands.

Respectfully submitted on November 25, 2024,

*s/Aaron Abadi*

AARON ABADI, Appellant/Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel 516-639-4100
Email: abadi.rne@gmail.com

# **CERTIFICATE OF SERVICE**

I, Aaron Abadi, hereby certify that on November 25, 2024, I mailed a copy of the foregoing document to each of the below listed Defendants, via First Class United States Mail postage prepaid. Additionally, I hereby certify that I filed this with the Court's electronic filing system on November 25, 2024, which automatically sends a copy to anyone who has registered for this case.

ERIC LEROY ADAMS
c/o THE CITY OF NEW YORK
100 Church St., 5th Fl.
New York, NY 10007
THE CITY OF NEW YORK
100 Church St., 5th Fl.
New York, NY 10007

BILL DE BLASIO
c/o THE CITY OF NEW YORK
100 Church St., 5th Fl.
New York, NY 10007

NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE
42-09 28th Street
Long Island City, NY 11101

DAVE A. CHOKSHI
c/o NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE

42-09 28th Street

Long Island City, NY 11101

THE UNITED STATES OF AMERICA

c/o United States Attorney's Office

86 Chambers Street / 3rd Floor

New York, NY 10007

CENTER FOR DISEASE CONTROL & PREVENTION

1600 CLIFTON ROAD

ATLANTA, GA 30329

ROCHELLE PAULA WALENSKY

c/o CENTER FOR DISEASE CONTROL & PREVENTION

1600 CLIFTON ROAD

ATLANTA, GA 30329

NATIONAL INSTITUTES OF HEALTH

9000 ROCKVILLE PIKE

BETHESDA, MARYLAND 20892

ANTHONY STEPHEN FAUCI

31 Center Dr., Bldg 31

Bethesda, MD 20892

WORLD HEALTH ORGANIZATION

525 23rd Street NW

Washington, DC 20037

PFIZER INC.

235 E 42nd Street

New York, NY 10017

MODERNA, INC.

200 Technology Square
Cambridge, Massachusetts 02139

ECO HEALTH ALLIANCE
520 8th Ave #1200
New York, NY 10018

X CORP. (FORMERLY TWITTER, INC.)
1355 Market Street, Suite 900
San Francisco, California, 94103

ALPHABET INC. (GOOGLE)
1600 Amphitheatre Pkwy
Mountain View, CA 94043

META PLATFORMS, INC. (FACEBOOK)
One Hacker Way
Menlo Park, CA 94025


*s/Aaron Abadi*, Dated:   November 25, 2024
AARON ABADI, Appellant/Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
Tel 516-639-4100
Email: abadi.rne@gmail.com